IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Great-West Life & Annuity Insurance Company and Empower Retirement, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Empower Geographics, Inc. and Alex Machinis,<br><br>Defendants. | No. 1:21-CV-04004<br><br>Judge: John Robert Blakey<br>Magistrate: Jeffrey T. Gilbert |

**AGREED MOTION TO EXTEND DEFENDANTS' TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Empower Geographics, Inc. ("Empower Geographics") and Alex Machinis ("Machinis" and collectively with Empower Geographics, "Defendants"), by their local counsel, and with the consent of counsel for Plaintiffs Great-West Life & Annuity Insurance Company and Empower Retirement, LLC ("Plaintiffs"), submits this agreed motion for a 14-day extension for each Defendant to answer or otherwise respond to Plaintiffs' Complaint. In support of this Motion, Defendants state the following:

1. Plaintiffs filed their Complaint on July 28, 2021. (Dkt. No. 1.)

2. Plaintiffs filed an Affidavit of Service stating that Empower Geographics was served on July 30, 2021, thereby setting a deadline of August 20, 2021 for Empower Geographics to respond and/or otherwise plead to the Complaint. (Dkt. No. 10.)

3. Plaintiffs filed an Affidavit of Service stating that Machinis was served on August 6, 2021, thereby setting a deadline of August 27, 2021 for Machinis to respond and/or otherwise plead to the Complaint. (Dkt. No. 11.)

VP/#52376151.1

4. Defendants' local counsel contacted Plaintiffs' counsel and requested an extension of time for Defendants to respond and/or otherwise plead to the Complaint by fourteen (14) days (i.e., up to and including September 3, 2021 for Empower Geographics and September 10, 2021 for Machinis), and Plaintiffs' counsel consented to such extension.

WHEREFORE, Defendants respectfully request (on an agreed basis) that (i) Defendant Empower Geographics be granted a two week extension of time up to and including September 3, 2021 to move, answer or otherwise respond to the Complaint and (ii) Defendant Machinis be granted a two week extension of time up to and including September 10, 2021 to move, answer or otherwise respond to the Complaint.

    Respectfully submitted,

    EMPOWER GEOGRAPHICS, INC. and
    ALEX MACHINIS

    By:   /s/ John K. Burke
           One of Their Attorneys

John K. Burke, Bar No. 6312447
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: August 20, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **AGREED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on August 20, 2021.

*/s/ John K. Burke*
John K. Burke

VP/#52376151.1