## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Great–West Life & Annuity Insurance
Company, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:21–cv–04004

                                                        Honorable John Robert
                                                        Blakey

Empower Geographics, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

> MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' agreed motion to extend time [13]; Defendants shall answer or otherwise respond to the complaint by 9/10/21. The 8/31/21 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.