# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY; EMPOWER RETIREMENT, LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:21-cv-04004 |
| | ) | |
| v. | ) | |
| | ) | Hon. John Robert Blakey |
| EMPOWER GEOGRAPHICS, INC.; ALEX MACHINIS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MICHAEL AJAY CHANDRA**

1. My name is Michael Ajay Chandra. I am an associate attorney of Global IP Law Group, LLC. I am licensed to practice law in the State of Illinois (Reg. No. 6326699).

2. I have personal knowledge about the facts stated below and am competent to testify about them.

3. Using an internet connected computer, I accessed the United States Patent and Trademark Office's Trademark Electronic Search System (TESS) database on October 29, 2021. The URL for the database is https://tmsearch.uspto.gov/.

4. From the landing page for the TESS database, I selected the "Basic Word Mark Search (New User)". On the resulting search screen, I entered the search query "Diamond Brite". TESS returned 32 records. I reviewed those records for registered marks with the registrants Southern Grouts & Mortars or American Electronic Sign Company.

5. Attached to this declaration are true and correct copies of TESS database records for the following trademarks registered to Southern Grouts & Mortars or American Electronic Sign Company:

   - DIAMOND BRITE, Reg. No. 1,758,362;

   - DIAMOND BRITE, Reg. No. 1,929,071;

- DIAMOND BRITE, Reg. No. 1,942,026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Michael A. Carpenter_
_____


Executed on October 29, 2021

2



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 29 03:47:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 21 out of 32**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **DIAMOND BRITE** |
| **Goods and Services** | IC 019. US 012. G & S: exposed quartz aggregate finishes for swimming pool. FIRST USE: 19910900. FIRST USE IN COMMERCE: 19911000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74276206 |
| **Filing Date** | May 18, 1992 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 22, 1992 |
| **Registration Number** | 1758362 |
| **Registration Date** | March 16, 1993 |
| **Owner** | (REGISTRANT) Southern Grouts & Mortars, Inc. DBA SGM Inc CORPORATION FLORIDA 1502 S.W. 2nd Place Pompano Beach FLORIDA 33060 |
| **Attorney of Record** | John H. Oltman |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130227. |
| **Renewal** | 2ND RENEWAL 20130227 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 29 03:47:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]   **Record 19 out of 32**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | DIAMOND BRITE |
| **Goods and Services** | (EXPIRED) IC 009. US 021 050. G & S: electronically controlled display panels and signs. FIRST USE: 19930811. FIRST USE IN COMMERCE: 19930811 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74470140 |
| **Filing Date** | December 14, 1993 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 16, 1994 |
| **Registration Number** | 1929071 |
| **Registration Date** | October 24, 1995 |
| **Owner** | (REGISTRANT) American Electronic Sign Company CORPORATION WASHINGTON N. 3808 Sullivan Rd. Spokane WASHINGTON 99216 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lewis C. Lee |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 29 03:47:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [     ] OR Jump | to record: [     ] **Record 18 out of 32**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **DIAMOND BRITE** |
| **Goods and Services** | (CANCELLED) IC 009. US 021 050. G & S: electronically controlled display panels and signs. FIRST USE: 19930811. FIRST USE IN COMMERCE: 19930811 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.07.13 - Diamonds, exactly two diamonds; Two diamonds<br>26.07.21 - Diamonds that are completely or partially shaded |
| **Serial Number** | 74470185 |
| **Filing Date** | December 14, 1993 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 16, 1994 |
| **Registration Number** | 1942026 |
| **Registration Date** | December 19, 1995 |
| **Owner** | (REGISTRANT) AMERICAN ELECTRONIC SIGN COMPANY CORPORATION WASHINGTON N. 3808 Sullivan Rd. Spokane WASHINGTON 99216 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | GEORGE G. GRIGEL |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

Case: 1:21-cv-04004 Document #: 28-1 Filed: 10/29/21 Page 7 of 7 PageID #:343

**Cancellation Date**   August 12, 2002



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| HOME | SITE INDEX| SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY