**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Great-West Life & Annuity Insurance Company, and Empower Retirement, LLC,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Empower Geographics, Inc., and Alex Machinis,<br><br>  Defendants. | Case No. 1:21-cv-04004<br><br>**JURY TRIAL DEMANDED**<br><br>Hon. John Robert Blakey |

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Great-West Life & Annuity Insurance Company, and Empower Retirement, LLC ("Plaintiffs") hereby provide notice of supplemental authority that has issued since their opposition to Defendants' motion to dismiss was filed on October 15, 2021 (D.I. 27). The supplemental authority is the memorandum opinion and order entered by Judge Leinenweber on October 26, 2021, in *Workforce Software, LLC v. Workforce.com, Inc.*, Case No. 20-cv-7365 (N.D. Ill.), a copy of which is attached hereto as Exhibit A. Plaintiffs refer, in particular, to pages 22 through 28 of the slip opinion as it relates to a claim brought under the Anti-Cybersquatting Piracy Act.

Dated: November 5, 2021

Respectfully submitted,
By: /s/Mark T. Deming

Gary E. Hood (ARDC No. 6281580)
Mark T. Deming (ARDC No. 6299631)
Adam S. Weiss (ARDC No. 6256842)
POLSINELLI PC
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
ghood@polsinelli.com

        mdeming@polsinelli.com
        aweiss@polsinelli.com

*Attorney for Plaintiffs Great-West Life & Annuity Insurance Company and Empower Retirement, LLC*