**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Great-West Life & Annuity Insurance Company, and Empower Retirement, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Empower Geographics, Inc., and Alex Machinis, <br><br> Defendants. | Case No. 1:21-cv-04004 <br><br> Hon. John Robert Blakey |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Great-West Life & Annuity Insurance Company, and Empower Retirement, LLC and Defendants Empower Geographics, Inc., and Alex Machinis, by and through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.

Dated: December 22, 2021

/s/Mark T. Deming
Gary E. Hood (ARDC No. 6281580)
Mark T. Deming (ARDC No. 6299631)
Adam S. Weiss (ARDC No. 6256842)
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
ghood@polsinelli.com
mdeming@polsinelli.com
aweiss@polsinelli.com

*Attorney for Plaintiffs Great-West Life & Annuity Insurance Company and Empower Retirement, LLC*

/s/David Berten (with permission)
David P. Berten (IL #6200898)
Global IP Law Group, LLC
55 W. Monroe St, Ste 3400
Chicago, IL 60603
Tel.: 312-241-1500
dberten@giplg.com

John Berryhill, Ph.d. Esq.
204 East Chester Pike
First Floor, Suite 3
Ridley Park, PA 19078
Tel.: 610-565-5601
john@johnberryhill.com

*Attorneys for Defendants Empower Geographics, Inc. and Alex Machinis*